UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RASHAWN DAVIDSON,<br><br>                        Petitioner,<br><br>               -against-<br><br>UNITED STATES OF AMERICA,<br><br>                       Respondent. | 15-CR-0288 (RMB)<br><br>22-CV-3591 (RMB)<br><br>ORDER |

       The Court respectfully directs Mr. Richard Lind and Mr. John Russo to file responses to Petitioner's 28 U.S.C. § 2255 habeas petition, docketed on May 2, 2022, on or before March 9, 2023.

Dated: February 23, 2023
       New York, New York

*/s/ RMB*

**RICHARD M. BERMAN, U.S.D.J.**